# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2159

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| John J. Brestogianis, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 20, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, FAGG, Circuit Judge, and BOGUE,** District Judge.

_____

PER CURIAM.

John J. Brestogianis appeals his sentence for possession of an unregistered pipe bomb. We conclude that an extended discussion of the issues presented by this appeal will serve no useful purpose. We have carefully considered Brestogianis's contentions

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

**The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

and find them to be without merit.  We thus affirm Brestogianis's sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.